### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

     Plaintiff,

**VS.**                                                                 **CR. NO.   11-20313**

**MICHAEL FLORIO,**

     Defendant.

---

### MOTION TO AMEND JUDGMENT

---

**COMES NOW** the Defendant, Michael Florio, by and through counsel, Michael E. Scholl, and moves this Court to amend correct the Defendant's address for the benefit of the Federal Bureau of Prisons.  In support thereof, the Defendant would show as follows:

1.     On May 30, 2013, the Defendant was sentenced to three (3) years probation by this Court.

2.     In the sentencing hearing, the Court ordered that the Defendant's passport be returned to him.

3.     The clerk of the court has refused to return the Defendant's passport, because the Court did not specifically state it was to be returned in the Judgment.

4.     Further, the Defendant was ordered in the Standard Conditions of Supervision to "not leave the judicial district without the permission of the court or probation officer".

5.     That the Defendant is required to travel as part of his employment.  That he is sometimes required to leave within a matter of hours.  That probation requires him to submit a travel

request form prior to any travel out of the district. There will be times where there will not be sufficient time to submit a request to probation prior to needing to leave to travel within the United States. Prior to sentencing, Defendant was only required to advise Pre-Trial Services when he traveled.

6.      That Defendant is respectfully requesting that an order issue amending the Judgment to reflect that the Defendant's passport should be returned to him and that the condition requiring him to receive permission to leave the district for travel within the United States be waived. The Defendant would still advise probation where he would be traveling domestically, but would not need to seek permission to travel. Further, the Defendant would still be required to submit a request for permission to travel internationally.

7.      That  counsel has spoken with Assistant United States Attorney, Chris Cotten, who has no opposition to this motion.

**WHEREFORE**, the Defendant prays that this Honorable Court issue an order amending the Judgment to reflect that the Defendant's passport be returned to him, waive the condition requiring him to receive permission to leave the district for travel within the United States, and for such further relief as this court deems necessary.

                                        Respectfully Submitted,

                                        s/Michael E. Scholl
                                        MICHAEL E. SCHOLL (16284)
                                        Attorney for Defendant
                                        8 South Third Street, Fourth Floor
                                        Memphis, Tennessee 38103
                                        (901) 529-8500

2

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon Mr. Chris Cotten, Assistant United States Attorney, at 167 North Main, Suite 800, Memphis, Tennessee 38103, via hand-delivery or by placing the same in the United States mail, postage prepaid, on this the 5th day of June, 2013.

s/Michael E. Scholl
MICHAEL E. SCHOLL