**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 2:11-cr-20313-JTF-3 |
| MICHAEL J. FLORIO, | ) | |
| Defendant. | ) | |

**ORDER DENYING AS MOOT DEFENDANT'S
MOTION TO AMEND JUDGMENT**

Before the Court is Defendant Michael J. Florio's Motion to Amend Judgment to retrieve his passport, filed on June 5, 2013.  (D.E. #70).  On June 14, 2013, A Notice was entered stating that Defendant's passport had been returned to him.  (D.E. #71).  Because Defendant's passport was returned to him, this Court believes Defendant's Motion should be denied as moot.

IT IS THEREFORE ORDERED that Defendant's Motion is hereby DENIED AS MOOT.

IT IS SO ORDERED this 13th day of May, 2014.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

1